# **CERTIFICATE OF MAILING**

      The undersigned hereby certifies that a true and correct copy of the attached document filed this date was served on the following by placing a copy of same in first class U.S. mail today, postage prepaid, addressed as follows:

ELMER P. TALMADGE
59 EAST THOMAS STREET
WILKES-BARRE, PA 18705

RACHEL A. TALMADGE
59 EAST THOMAS STREET
WILKES-BARRE, PA 18705

Date: June 28, 2007

_Catherine M. Sisk_
Catherine M. Sisk, Judicial Assistant

MDPA-CERTADD.WPT-REV05/01